## NOVEMBER 2009 CALENDAR

**From: The District Court of the 5th Judicial District. County of Jefferson.**

STATE OF MONTANA,
  Plaintiff,                                   CAUSE NO.  DC-06-2066
vs.                                            DECISION
JAMES BARNES,
  Defendant,

On May 8, 2009, the defendant was sentenced to a commitment to the Department of Corrections for ten (10) years, with five (5) years suspended, for the offense of Sexual Assault, a felony.

On November 12, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be waived.

Done in open Court this 12th day of November, 2009.

DATED this 25th day of November, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Hon. Richard Simonton.